UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JACKSON,

    Plaintiff,

v.                                                                                  Case No. 12-12712

D. THELEN,

    Defendant.
                                                              /

## JUDGMENT

In accordance with the court's June 27, 2012 "Opinion and Order Granting Application to Proceed *In Forma Papueris* and Dismissing Civil Rights Complaint,"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses Plaintiff Robert Jackson's complaint.  Dated at Detroit, Michigan, this 27th day of June, 2012.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT


                                    BY: s/Lisa Wagner
                                           Lisa Wagner, Deputy Clerk
                                           and Case Manager to
                                           Judge Robert H. Cleland